# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marina Cote, | No. CV-20-08289-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Guidance Center Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. 36), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 25th day of October, 2021.

Douglas L. Rayes
United States District Judge